**Joseph P. CROWDER, Appellant,**

v.

**COMMERCIAL BANK OF OAK GROVE, Respondent,**

**Rosalie Richter, Respondent.**

No. WD 76322.

Missouri Court of Appeals, Western District.

Dec. 24, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 28, 2014.

Application for Transfer Denied April 29, 2014.

Bradley Constance, Independence, MO, for Appellant.

Robert Schnieders, Oak Grove, MO, for Respondent, Commercial Bank.

Michael Huffman, Independence, MO, for Respondent, Richter.

144.020.1(8). The AHC rejected this claim, and AAA Laundry abandoned it when it failed

Before Division One: ALOK AHUJA, P.J., THOMAS H. NEWTON, and ANTHONY R. GABBERT, JJ.

### ORDER

PER CURIAM:

Mr. Joseph P. Crowder appeals the trial court's judgment on the pleadings in a claim against the Commercial Bank of Oak Grove for breach of contract and conversion.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).